IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARK MASARIK, | § | |
|   Plaintiff, | § § § | |
| v. | § | Civil Action No. 4:23-cv-00102-O |
| SAFECO INSURANCE COMPANY OF INDIANA, | § § § § | |
|   Defendant. | § § | |

### ORDER

Before the Court is the Joint Motion to Abate Pending the Outcome of Appraisal (ECF No. 11), filed May 24, 2023. Noting that the motion is filed jointly on behalf of both parties and that the appraisal process will aid the resolution of this dispute, the Court finds good cause to **GRANT** the motion to abate. Therefore, all pending deadlines in this case are hereby **STAYED**. The Court has also removed the January 16, 2024 trial date from the Court's calendar. Furthermore, the Clerk is **DIRECTED** to close the case for administrative purposes. If the subsequent conclusion of the appraisal process also resolves the issues in this case, the parties are **DIRECTED** to file a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with the Court. Alternatively, if the appraisal process does not fully resolve the dispute between the parties, the parties are **DIRECTED** to promptly file both (1) a Joint Status Report updating the Court on the remaining issues and (2) a Motion to Reopen the case.

    **SO ORDERED** on this **16th day** of **June, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE